# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 91 EM 2016 |
| Respondent | : | |
| v. | : | |
| EDWIN BAEZ, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of July, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.